**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Kathryn Louise Davis,

                Plaintiff,

    -against-                                      20 **CIVIL** 5773 (SDA)

## JUDGMENT

Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 8, 2021, Plaintiff's motion is denied and the Commissioner's cross-motion is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        December 8, 2021

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                        **BY:**         K. Mango

                                                      **Deputy Clerk**